# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDREAS PLONKA** | : | |
| | : | |
| Plaintiff, | : | |
| | : | **CIVIL ACTION** |
| v. | : | |
| | : | **NO. 13-7560** |
| **U.S. AIRWAYS,** | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

**AND NOW**, this __27th__ day of October, 2015, upon consideration of Defendant U.S. Airways' Motion for Summary Judgment (Doc. 23), and *pro se* Plaintiff Andreas Plonka's Response in Opposition (Doc. 25), **IT IS HEREBY ORDERED AND DECREED** that Defendant's Motion is **GRANTED**[1] and **JUDGMENT** is **ENTERED** in favor of Defendant and against Plaintiff.

**IT IS FURTHER ORDERED** the following:

1. Defendant's Motion for Leave to File a Reply Brief (Doc. 26) is **DENIED**.

2. The arbitration hearing scheduled for November 10, 2015 in the above-captioned matter is **CANCELLED.**

3. The Clerk of Court shall mark this matter as **CLOSED** for statistical purposes.

          **BY THE COURT:**

          **/s/ Petrese B. Tucker**

          _____
          **Hon. Petrese B. Tucker, C.J.**

---

[1] This Order accompanies the Court's Memorandum Opinion dated October 27, 2015.